MICHELE BECKWITH
Acting United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAVIER ROBERT BARRAZA,<br><br>　　　　　　　　Defendant. | CASE NO. 2:25-CR-00065 DC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING<br><br>CURRENT HEARING DATE: August 29, 2025<br>[~~PROPOSED~~] HEARING DATE: October 31, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney Veronica M.A. Alegría, and defendant Javier Robert Barraza, by through his counsel of record David D. Fischer and David W. Dratman, hereby files a stipulation continuing the current sentencing hearing date to October 31, 2025.

1. The sentencing hearing in this case is currently set for August 29, 2025. ECF No. 13. The Draft Presentence Report ("PSR") is due to be completed by the Probation Office on July 18, 2025. ECF No. 14.

2. Defense counsel have been in a jury trial and they have been unable to facilitate an interview of defendant Barraza in Nevada City by the Probation Officer. Their jury trial now is almost completed. Defense counsel and the Probation Officer have scheduled an interview of the defendant on July 23, 2025.

3. Given this, the Probation Officer will be unable to complete the Draft PSR any earlier

than September 12, 2025, requiring a Sentencing Hearing no earlier than October 24, 2025.  The parties are all available on that date.

    4.    Accordingly, the parties jointly agree to continuing the Sentencing Hearing and to the following schedule:

    a)    Draft PSR Date:    September 12, 2025

    b)    PSR Objections:    September 26, 2025

    c)    Final PSR Date:    October 3, 2025

    d)    PSR Corrections:    October 10, 2025

    e)    Replies Due:    October 17, 2025

    f)    Sentencing Hearing:    October 31, 2025 at 9:30 a.m.

IT IS SO STIPULATED.

Dated: July 13, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ *Veronica M.A. Alegría*
VERONICA M.A. ALEGRÍA
Assistant United States Attorney

Dated: July 13, 2025

/s/ *David Dratman*
DAVID W. DRATMAN
DAVID D. FISCHER
Counsel for Defendant
JAVIER ROBERT BARRAZA

# FINDINGS AND ORDER

The court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom ADOPTS, as modified, the stipulation of the parties. The parties' proposed briefing schedule is ADOPTED; however, the parties' requested hearing date of October 24, 2025, is unavailable and therefore not adopted.

Accordingly, the court ORDERS that the Sentencing Hearing currently scheduled for August 29, 2025, is CONTINUED to October 31, 2025, at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins along with the following new disclosure dates:

| | |
|---|---|
| Draft PSR Date: | September 12, 2025 |
| PSR Objections: | September 26, 2025 |
| Final PSR Date: | October 3, 2025 |
| PSR Corrections: | October 10, 2025 |
| Replies Due: | October 17, 2025 |
| Sentencing Hearing: | October 31, 2025 at 9:30 a.m. |

Based on the stipulation of the parties and the recitation of facts contained therein, the court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS SO ORDERED.

Dated:   **July 13, 2025**

_____
Dena Coggins
United States District Judge

STIPULATION CONTINUING SENTENCING HEARING; ORDER

3

STIPULATION CONTINUING SENTENCING HEARING; ORDER

4