DAVID W. DRATMAN, CA SBN 78764
ATTORNEY AT LAW
601 University Ave, Ste 145
Sacramento, CA 95825-6738
Phone: (916) 443-2000
Fax: (916) 443-0989
Email: dwdratman@aol.com

DAVID D. FISCHER, CA SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 311
Rocklin, CA 95765
Phone: (916) 447-8600
Fax: (916) 930-6482
E-Mail: david.fischer@fischerlawoffice.com

Attorneys for Defendant
JAVIER BARRAZA

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>      v.<br><br>JAVIER BARRAZA,<br><br>           Defendant. | Case No.: 2:25-CR-00065-DC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE SENTENCING, DECLARATION**<br><br>**Date: December 19, 2025**<br>**Time: 9:30 a.m.**<br>**Judge: Hon. Dena Coggins** |

IT IS HEREBY STIPULATED BETWEEN THE PARTIES with the concurrence of the Probation Department that the Judgment and Sentencing in this matter scheduled for October 31, 2025 at 9:30 a.m. be continued to December 19, 2025 at 9:30 a.m. to give the Probation Department until November 7, 2025 to prepare an addendum to the PSR based upon materials relating to Mr. Barraza's childhood, which relate to sentencing factors under 18 U.S.C. § 3553(a); and, for both counsel time to provide the Court with sentencing memoranda.

- 1 -

The declaration of David W. Dratman is attached in support of this proposed stipulation and order.

Dated: October 23, 2025  /s/ David W. Dratman
DAVID W. DRATMAN
DAVID D. FISCHER
Attorneys for Defendant
JAVIER BARRAZA

Dated:  October 23, 2025  ERIC GRANT
United States Attorney

/s/ Veronica M.A. Alegria
VERONICA M.A. ALEGRIA
Assistant United State Attorney

**DECLARATION OF DAVID W. DRATMAN**

I, David W. Dratman, declare as follows:

1. I am one of the attorneys appearing on behalf of Mr. Barraza.

2. There are approximately 350 pages of materials concerning Mr. Barraza and his childhood that were just provided to the Probation Department and to the government that relate to sentencing factors that the Court is obliged to consider under 18 U.S.C. § 3553(a). It is my fault that these materials were not provided to the parties earlier, but these materials are important for the parties to have for consideration prior to sentencing. I had thought that these materials could be provided in the context of a Sentencing Memorandum and realize now that these materials should be provided more than a week before the sentencing.

2. This continuance will allow the Probation Department to prepare and submit an addendum to the PSR regarding these materials by November 7, 2025.

3. Mr. Barraza is facing a minimum of 15 years in prison and up to 30 years in prison. After receiving the addendum to the PSR, I will need additional time to prepare and file a Sentencing Memorandum in this case. Mr. Barraza is in custody and will remain in custody.

4. Since the taking of the Plea in this case, it also appears that the JVTA fines pursuant to 18 U.S.C. § 3014 expired on September 30, 2025, and I only recently learned of this. This continuance will allow the parties to confer and determine how best to handle this in the PSR.

5. There was one prior continuance granted in this matter.

I declare under penalty of perjury that the foregoing is true and correct, except as to those matters stated on information and belief, which I believe to be true.

Executed this 23rd day of October 2025 at Sacramento, California.

*/s/ David W. Dratman*
David W. Dratman

**ORDER**

The court, having received, read and considered the parties' stipulation and Defense Counsel's Declaration filed on October 23, 2025, and good cause appearing therefrom, GRANTS the parties' request to continue. Accordingly, the Sentencing Hearing scheduled for October 31, 2025, is VACATED and RESET for December 19, 2025, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Probation Department shall prepare an addendum to the Presentence Investigation Report no later than November 7, 2025, and the parties should have all materials they want the court to consider filed no later than December 11, 2025.

IT IS SO ORDERED.

Dated:   **October 23, 2025**

_____
Dena Coggins
United States District Judge