DAVID W. DRATMAN, CA SBN 78764
ATTORNEY AT LAW
601 University Ave, Ste 145
Sacramento, CA 95825-6738
Phone: (916) 443-2000
Fax: (916) 443-0989
Email: dwdratman@aol.com

DAVID D. FISCHER, CA SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 311
Rocklin, CA 95765
Phone: (916) 447-8600
Fax: (916) 930-6482
E-Mail: david.fischer@fischerlawoffice.com

Attorney for Defendant
JAVIER BARRAZA

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JAVIER BARRAZA,<br><br>  Defendant. | Case No.: 2:25-CR-00065-DC<br><br>[~~PROPOSED~~] ORDER TO FILE DEFENDANT'S SENTENCING MEMORANDUM AND EXHIBITS **UNDER SEAL** AND TO PERMIT FILING OF REDACTED SENTENCING MEMORANDUM AND EXHIBIT A *NUNC PRO TUNC* TO DECEMBER 11, 2025<br><br>JUDGE: HON. DENA COGGINS |

Application for Order to File Documents Under Seal and to Permit Filing of Redacted Sentencing Memorandum and Exhibit Nunc Pro Tunc to December 11, 2025, having been made in the above entitled matter, the Court being fully advised and good cause appearing,

- 1 -

1    IT IS HEREBY ORDERED that ~~the instant order and~~ the following items be filed *ex*
2    **under seal** and its confidentiality maintained:
3    (1) Defendant's Sentencing Memorandum and Exhibits.
4    IT IS HEREBY FURTHER ORDERED that the Defendant's Redacted Sentencing
5    Memorandum and Exhibit A filed as ECF Doc. 31 is authorized nunc pro tunc to December 11,
6    2025.

**DATED:** 12/19/25

HON. DENA COGGINS
U.S. District Judge